**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

VINCENT M. RINALDI, CHARLES R.
MUNSEY, JR.  and CHARLES VIOLI,

       Plaintiffs,

v.                                                                    Case No. 6:22-cv-23-WWB-DCI

BREVARD COUNTY,

       Defendant.

_____

## ORDER

The Court has been advised by the parties' Joint Notice of Settlement that the above-styled action has been completely settled. (Doc. 46 at 1).

Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. All pending motions are **DENIED as moot**. The Clerk is directed to close this file. The Court retains jurisdiction to resolve issues regarding attorneys' fees and costs.

**DONE AND ORDERED** at Orlando, Florida on October 21, 2022.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record